# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

June 26, 2023

Lyle W. Cayce
Clerk

―――――――

No. 22-20543

―――――――

John Doe, through Next Friend Jane Roe,

*Plaintiff—Appellant*,

*versus*

Snap, Incorporated, *doing business as* Snapchat, L.L.C., *doing business as* Snap, L.L.C.,

*Defendant—Appellee.*

―――――――――――――――――――――――

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:22-CV-590

―――――――――――――――――――――――

Before Higginbotham, Graves, and Douglas, *Circuit Judges*.

## J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that Appellant pay to Appellee the costs on appeal to be taxed by the Clerk of this Court.